UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JACQUELINE BURGE,

    Plaintiff,

v.

CENTURION OF FLORIDA, LLC, *et al.*,

    Defendants.

Case No. 5:22-cv-525-TPB-PRL

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Jacqueline Burge, Plaintiff
- James V. Cook, Attorney for Plaintiff
- Law Office of James Cook, Attorneys for Plaintiff
- James M. Slater, Attorney for Plaintiff
- Slater Legal PLLC, Attorneys for Plaintiff
- Centurion of Florida, LLC, Defendant

- MHM Health Professionals, LLC, Defendant

- Sierra Baker, Defendant

- Jennifer Hayes, Defendant

- Jose Rodriguez, Defendant

- Craig Mayfield, Attorney for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Sierra Baker, Jennifer Hayes, and Jose Rodriguez (collectively, the "Centurion Defendants")

- Brian Wahl, Attorney for Centurion Defendants

- Jacob Hanson, Attorney for Centurion Defendants

- W. Blair Castle, Attorney for Centurion Defendants

- Bradley Arant Boult Cummings LLP, Attorneys for Centurion Defendants

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** Defendant Centurion of Florida, LLC is a wholly owned subsidiary of Centurion, LLC; Centurion, LLC and Defendant MHM Health Professionals, LLC are both wholly owned by MHM Services, Inc.; MHM Services, Inc. is wholly owned by Centene Corporation, a publicly traded company

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4.  Each person arguably eligible for restitution:

**RESPONSE:** Jacqueline Burge, Plaintiff

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: January 20, 2023.

        Respectfully submitted,
        SLATER LEGAL PLLC

        */s/ James M. Slater*
        James M. Slater (FBN 111779)
        113 S. Monroe Street
        Tallahassee, Florida 32301
        Tel: (305) 523-9023
        james@slater.legal

        -and-

        LAW OFFICE OF JAMES COOK
        James V. Cook (FBN 0966843)
        314 W. Jefferson Street
        Tallahassee, Florida 32301
        Tel. (850) 222-8080
        Fax (850) 561-0836
        cookjv@gmail.com
        *Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on January 20, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

        By: */s/ James M. Slater*
             James M. Slater