IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| JACQUELINE BURGE,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, SIERRA BAKER, JENNIFER HAYES, and JOSE R. RODRIGUEZ, M.D.,<br><br>    Defendants. | Case No.: 5:22-cv-00525-TPB-PRL |

**NOTICE OF APPEARANCE**

R. Craig Mayfield, Esq., of the law firm of Bradley Arant Boult Cummings LLP, gives notice of his appearance as counsel for the Defendant Jose R. Rodriguez, M.D., and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondences, notices, and the like be served upon:

R. Craig Mayfield      cmayfield@bradley.com (Primary)

Shelly Hayes            sdhayes@bradley.com (Secondary)

Tammy Bennett       tabennett@bradley.com (Secondary)

1

4886-3862-5096.1

Respectfully Submitted,

*/s/ R. Craig Mayfield*
R. Craig Mayfield, Esq. (FBN 429643)
Jacob B. Hanson (FBN 91453)
W. Blair Castle (FBN 1031504)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email:     cmayfield@bradley.com
Primary Email:     jhanson@bradley.com
Primary Email:     bcastle@bradley.com
Secondary Email:   sdhayes@bradley.com
Secondary Email:   tabennett@bradley.com

Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email:     bwahl@bradley.com
Secondary Email:   tramsay@bradley.com

***Counsel for Defendants Centurion of Florida, LLC; MHM Health Professionals, LLC; Sierra Baker; Jennifer Hayes; and Dr. Jose Rodriguez***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

>  /s/ R. Craig Mayfield
> **Counsel for Defendants Centurion of Florida, LLC; MHM Health Professionals, LLC; Sierra Baker; Jennifer Hayes; and Dr. Jose Rodriguez**