IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| JACQUELINE BURGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, SIERRA BAKER, JENNIFER HAYES, and JOSE R. RODRIGUEZ, M.D.,<br><br>　　　　Defendants. | Case No.: 5:22-cv-00525-TPB-PRL |

**DEFENDANT JOSE R. RODRIGUEZ, M.D.'S DISCLOSURE STATEMENT**

Defendant Jose R. Rodriguez, M.D., hereby files the following disclosure statement pursuant Fed. R. Civ. P. 7.1 and Local Rule 3.03:

**1.** The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

　　A.　Plaintiff

　　　　i.　Jacqueline Burge

　　　　ii.　James V. Cook, Counsel for Plaintiff

　　　　iii.　James M. Slater, Counsel for Plaintiff

1

B. Defendants

    i. Centurion of Florida, LLC

        1. Related Entities

            a. Centurion, LLC

            b. MHM Services, Inc.

            c. Centene Corporation

    ii. MHM Health Professionals, LLC

        1. Related Entities

            a. MHM Services, Inc.

            b. Centene Corporation

    iii. Sierra Baker

    iv. Jennifer Hayes

    v. Jose R. Rodriquez, M.D.

    vi. Craig R. Mayfield, Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Sierra Baker, Jennifer Hayes, and Jose R. Rodriguez, M.D.

    vii. Brian A. Wahl, Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Sierra Baker, Jennifer Hayes, and Jose R. Rodriguez, M.D.

    viii. Jacob B. Hanson, Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Sierra Baker, Jennifer Hayes, and Jose R. Rodriguez, M.D.

      ix.    W. Blair Castle, Counsel for Defendants Centurion of Florida, LLC and MHM Health Professionals, LLC, Sierra Baker, Jennifer Hayes, and Jose R. Rodriguez, M.D.

**2.**    **The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:**

    A.    Centurion of Florida, LLC, is a wholly owned subsidiary of Centurion, LLC which is, in turn a wholly owned subsidiary of Centene Corporation, a publicly traded company.

    B.    MHM Health Professionals, LLC, is a wholly owned subsidiary of Centene Corporation, a publicly traded company.

**3.**    **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty (20) largest unsecured creditors) in bankruptcy cases:**

    A.    None.

**4.**    **The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    A.    Jacqueline Burge, seeks damages

I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: January 23, 2023

    Respectfully Submitted,

*/s/ Jacob B. Hanson*
Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com

R. Craig Mayfield, Esq. (FBN 429643)
Jacob B. Hanson (FBN 91453)
W. Blair Castle (FBN 1031504)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email: cmayfield@bradley.com
Primary Email: jhanson@bradley.com
Secondary Email: sdhayes@bradley.com
Secondary Email: tabennett@bradley.com
**Counsel for Defendants Centurion of Florida, LLC; MHM Health Professionals, LLC; Sierra Baker; Jennifer Hayes; and Jose R. Rodriguez, M.D.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

*Jacob B. Hanson*
**Counsel for Defendants Centurion of Florida, LLC;**
**MHM Health Professionals, LLC; Sierra Baker;**
**Jennifer Hayes; and Jose R. Rodriguez, M.D.**
