UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| JACQUELINE BURGE,<br><br>　　Plaintiff,<br><br>v.<br><br>CENTURION OF FLORIDA, LLC, *et al.*,<br><br>　　Defendants. | Case No. 5:22-cv-525-TPB-PRL |

### PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), Plaintiff Jacqueline Burge, through her counsel, respectfully notifies the Court that the parties have reached a settlement in the above-styled cause. The parties request that the Court vacate all deadlines and administratively close this case for a period of 60 days so that the parties may finalize their settlement papers and complete all terms of settlement prior to filing a stipulation of dismissal of this action with prejudice.

Plaintiff is filing this notice with Defendants' approval and permission. Dated: May 9, 2023.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ James M. Slater*
　　　　　　　　　　　　　　　　　　　James M. Slater (FBN 111779)
　　　　　　　　　　　　　　　　　　　113 S. Monroe Street

        Tallahassee, Florida 32301
        james@slater.legal
        Tel. (305) 523-9023

        -and-

        James V. Cook (FBN 0966853)
        Law Office of James Cook
        314 West Jefferson Street
        Tallahassee, Florida 32301
        cookjv@gmail.com
        Tel. (850) 222-8080

        *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on May 9, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

        By: */s/ James M. Slater*
            James M. Slater