UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JACQUILINE BURGE,

       Plaintiff,

v.                                                                           Case No: 5:22-cv-525-TPB-PRL

CENTURION OF FLORIDA, LLC,
MHM HEALTH PROFESSIONALS, LLC,
JOSE R. RODRIGUEZ, SIERRA BAKER,
and JENNIFER HAYES,

       Defendants.
_____

## ORDER

The Court was advised that this case has settled. See Notice of Settlement Doc. 35). Accordingly, pursuant to Local Rule 3.09(b), this case is DISMISSED without prejudice subject to the right of either party within sixty days of this Order, or upon the expiration of a later date established by the Court, to move to reopen the case for entry of a stipulated final order or judgment or upon good cause shown for further proceedings. If no party files an appropriate paper on or before **July 10, 2023**, the Clerk is DIRECTED to dismiss the action with prejudice and without further notice. The Clerk is now DIRECTED to terminate any pending deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida, this 24th day of May, 2023.

TOM BARBER
UNITED STATES DISTRICT JUDGE